LAWRENCE T. NIERMEYER
STATE BAR NO. 157440
1301 'K' STREET, SUITE H
MODESTO, CA 95354
TELEPHONE (209) 574-9447
FACSIMILE (209) 574-9445

ATTORNEY FOR PLAINTIFF JOSHUA MORDOFF

**FILED**
SEP 6 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MORDOFF,<br><br> Plaintiff,<br><br>vs<br><br>CITY OF MODESTO, MODESTO POLICE DEPARTMENT, MODESTO POLICE OFFICER JAMES ROKAITIS, JAMES ROKAITIS, INDIVIDUALLY AND DOES 1-20 inclusive,<br><br> Defendants, | CASE NO. 1:11-cv-01039<br><br>STIPULATION TO CONTINUE HEARING |

IT IS HEREBY STIPULATED by and between JOSHUA MORDOFF, represented by LAWRENCE T. NIERMEYER and CITY OF MODESTO, MODESTO POLICE DEPARTMENT, and JAMES ROKAITIS, a municipal employee, represented by JIM WILSON, that this matter currently set for hearing on September 12, 2011 be continued to October 24, 2011 at 10:00 am in Dept. 3.

DATED: 8/31/11

             LAWRENCE T. NIERMEYER
             Attorney for Plaintiff

DATED:

             JAMES WILSON
             Attorney for Defendant

It is so Ordered. Dated: 9-2-11

_____
United States District Judge