```
1  LAWRENCE T. NIERMEYER
   BAR NO. 157440
2  1301 "K" STREET, SUITE H
   MODESTO, CA 95354
3  TELEPHONE (209) 574-9447
   FACSIMILE (209) 574-9445
4
   ATTORNEY FOR PLAINTIFF
5
```

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MORDOFF | CASE NO.1:11-CV-01039-AWI-DLB |
| Plaintiff, | STIPULATION AND ORDER FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT |
| vs. | |
| CITY OF MODESTO, MODESTO POLICE DEPARTMENT, MODESTO POLICE OFFICER JAMES ROKAITIS, individually and DOES 1-20 INCLUSIVE. | |
| Defendants, | |

WHERE AS, on September 26, 2011, Plaintiff JOSHUA MORDOFF, entered a plea of No Contest in the matter of People of the State of California v. Joshua Mordoff, Stanislaus County case number 1421987 and was sentenced to forty (40) hours community service;

WHERE AS, Plaintiff JOSHUA MORDOFF seeks to withdraw any claims of punitive damages against Defendants CITY OF MODESTO and MODESTO POLICE DEPARTMENT;

The parties stipulate as follows:

IT IS HEREBY STIPULATED by and between Plaintiff JOSHUA MORDOFF, represented by Lawrence T. Niermeyer, Esq., and Defendants

1.

CITY OF MODESTO, MODESTO POLICE DEPARTMENT, and JAMES ROKAITIS, a municipal employee, represented by James F. Wilson, Esq.:

    1.    Plaintiff JOSHUA MORDOFF may file a First Amended Complaint on or before October 20, 2011.

Dated: 10-3-11

LAWRENCE T. NIERMEYER, Esq

Dated: 10/4/11

JAMES F. WILSON, Esq.

## ORDER

Good Cause Appearing, It is so Ordered

Dated: 4 October 2011

/s/ Dennis L. Beck
UNITED STATES ~~DISTRICT~~ JUDGE
**MAGISTRATE JUDGE**

2.