IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MORDOFF,        )<br>                                              )<br>             Plaintiff,          )<br>     v.                                    )<br>                                              )<br>CITY OF MODESTO, et al., )<br>                                              )<br>             Defendants.     )<br>_____) | 1:11-CV-1039  AWI DLB<br><br>ORDER VACATING<br>OCTOBER 24, 2011 HEARING<br>AND ORDER ON<br>DEFENDANTS'S MOTION TO<br>DISMISS<br><br>(Doc. No. 10) |

   Defendants filed a Rule 12(b)(6) Motion to Dismiss on August 10, 2011.  On October 5, 2011, Magistrate Judge Beck signed a stipulation for Plaintiff to file an amended complaint on or by October 20, 2011.  See  Court's Docket Doc. No. 24.  On October 20, 2011, Plaintiff filed an amended complaint.

   An "amended complaint supersedes the original, the latter being treated thereafter as non-existent." Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Here, the amended complaint supersedes the original complaint, and the original complaint is treated as non-existent.  See id.  Since Defendants' motion attacks Plaintiff's original and now "non-existent" complaint, Defendants' motion to dismiss is moot.

   Accordingly, IT IS HEREBY ORDERED that the October 24, 2011, hearing date on Defendants' motion to dismiss is VACATED, and Defendants's motion to dismiss is DENIED as moot.

IT IS SO ORDERED.

Dated:    October 20, 2011                                    _____
                                                                              CHIEF UNITED STATES DISTRICT JUDGE