IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JOSHUA MORDOFF,** | ) | 1:11-CV-1039 AWI DLB |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER VACATING |
| | ) | DECEMBER 12, 2011, |
| **CITY OF MODESTO, et al.,** | ) | HEARING AND TAKING |
| | ) | MATTERS UNDER |
| Defendants. | ) | SUBMISSION |
| | ) | |

    Defendants have noticed for hearing and decision a motion to dismiss under Federal Rules of Civil Procedure 12(b)(6). The matter is scheduled for a hearing to be held on December 12, 2011. Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than November 28, 2011. Plaintiff failed to do so. Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See Local Rule 230(c). Plaintiff is no longer entitled to be heard at oral argument in opposition to the motion. See id. The Court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 12, 2011, is VACATED, and no party shall appear at that time. As of December 12, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 6, 2011

CHIEF UNITED STATES DISTRICT JUDGE