LAWRENCE T. NIERMEYER
BAR NO. 157440
1301 'K' STREET, SUITE H
MODESTO, CA 95354
TELEPHONE (209) 574-9447
FACSIMILE (209) 574-9445

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MORDOFF | CASE NO. 1:11-CV-01039-AWI-DLB |
| Plaintiff, | STIPULATION AND ORDER FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT |
| vs. | |
| CITY OF MODESTO, MODESTO POLICE DEPARTMENT, MODESTO POLICE OFFICER JAMES ROKAITIS, MODESTO POLICE CHIEF MICHAEL HARDEN, JAMES ROKAITIS individually and DOES 1-20 INCULUSIVE. | |
| Defendants, | |

WHERE AS, Plaintiff JOSHUA MORDOFF seeks to withdraw any individual claims against MODESTO POLICE CHIEF MICHAEL HARDEN and amend his complaint in response to Defendants 12(b) Motion to Dismiss;

The parties stipulate as follows:

IT IS HEREBY STIPULATED by and between Plaintiff JOSHUA MORDOFF, represented by Lawrence T. Niermeyer, Esq., and Defendants CITY OF MODESTO, MODESTO POLICE DEPARTMENT, JAMES ROKAITIS, and MODESTO POLICE CHIEF MICHAEL HARDEN, all represented by James F. Wilson, Esq.:

1. Plaintiff JOSHUA MORDOFF may file a Second Amended Complaint on or before December 9, 2011.

2. Defendants Motion for Dismissal currently set for hearing December 12, 2011 be removed from calendar.

Dated: 12-7-11                                         /S/_____
                                                        LAWRENCE T. NIERMEYER, Esq

Dated: 12-7-11                                         /S/_____
                                                        JAMES F. WILSON, Esq

<u>ORDER</u>

IT IS SO ORDERED.

Dated:   **December 8, 2011**                        /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE