IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA MORDOFF, | ) | 1:11-CV-1039  AWI DLB |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER ON DEFENDANTS' |
| | ) | MOTION TO DISMISS |
| CITY OF MODESTO, et al., | ) | |
| | ) | |
| Defendants. | ) | (Doc. No. 30) |
| | ) | |

Defendants filed a Rule 12(b)(6) Motion to Dismiss on November 9, 2011.  On December 8, 2011, Magistrate Judge Beck signed a stipulation for Plaintiff to file a second amended complaint on or by December 9, 2011.  See Doc. No. 34.  On December 8, 2011, Plaintiff filed his second amended complaint.  See Doc. No. 35.

An "amended complaint supersedes the original, the latter being treated thereafter as non-existent." Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Here, the second amended complaint supersedes the first amended complaint, and the first amended complaint is treated as non-existent.  See id.  Since Defendants' motion attacks Plaintiff's now "non-existent" first amended complaint, Defendants' motion to dismiss is moot.

Accordingly, IT IS HEREBY ORDERED that Defendants's motion to dismiss (Doc. No. 30) is DENIED as moot.

IT IS SO ORDERED.

Dated:   December 9, 2011

CHIEF UNITED STATES DISTRICT JUDGE