# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MORDOFF,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>CITY OF MODESTO, et al.,<br><br>　　　　Defendants | CASE NO. 1:11-CV-1039 AWI SAB<br><br>ORDER ON ORDER TO SHOW CAUSE AND ORDER TERMINATING ACTION |

　　　　On January 23, 2014, the Court vacated a pre-trial conference and issued an order to show cause why sanctions should not be imposed. See Doc. No. 52. Defendants filed a response that indicates that this matter has fully settled, but that Plaintiff has refused to submit dismissal papers. See Doc. No. 53. Plaintiff failed to respond to the Court's order or to Defendants' response.

　　　　After considering the Defendants' response, the Court will impose no sanctions against Defendants. As for Plaintiff, he does not refute Defendants' assertion that this case has settled, nor has he refuted that he has been unresponsive and uncooperative as to his settlement obligations. Despite the fact that this case has concluded, Plaintiff has inexplicably remained silent. In the absence of any response from Plaintiffs, and given Plaintiff's disregard for his obligations to this Court and opposing counsel, this case will be dismissed with prejudice. See Local Rule 110; Bautista v. Los Angeles Cnty, 216 F.3d 837, 841 (9th Cir. 2000); Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995); In re Eisen, 31 F.3d 1447, 1456 (9th Cir. 1994); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992).

Accordingly, IT IS HEREBY ORDERED that:

1. All currently scheduled dates and deadlines are VACATED;
2. This case is DISMISSED WITH PREJUDICE; and
3. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   February 3, 2014                             _____
                                                      SENIOR DISTRICT JUDGE